(108 So. 922)

Willie CARDEN v. STATE. (7 Div. 162.) (Court of Appeals of Alabama. April 6, 1926.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Violating prohibition laws. L. L. Saxon, of Columbiana, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Abated on account of the death of appellant.

---

(109 So. 923)

Jim CASH v. STATE. (7 Div. 212.) (Court of Appeals of Alabama. Aug. 31, 1926. Rehearing Overruled Oct. 26, 1926.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge. Hugh Walker, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

BRICKEN, P. J. Upon an indictment charging the appellant with distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors or beverages, etc., also for the possession of a still to be used for that purpose, he was convicted and sentenced to serve an indeterminate term of imprisonment in the penitentiary of 15 to 18 months. From the judgment of conviction he appealed. The defendant offered no evidence upon this trial, and the evidence of the state consisted of the testimony of several witnesses, who testified in substance that they saw this man in the actual participation of the offense complained of in the indictment. No good purpose could be subserved by a repetition of the evidence. Suffice it to say it was ample to sustain the verdict of the jury and to support the judgment of conviction. The several insistences of error here made are so clearly without merit they need not be discussed. It is apparent that the appellant was accorded a fair and impartial trial free from hurtful error. Where this is evident, an affirmance must be ordered as the defendant has no right to demand or expect more. Affirmed.

---

(110 So. 918)

Dennis CASTLEBERRY v. STATE. (4 Div. 232.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Concealing stolen property.

BRICKEN, P. J. Appeal dismissed.

---

(105 So. 923)

Barge CATER v. STATE. (8 Div. 252.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge. Bradshaw & Barnett, of Florence, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. By the verdict of the jury this appellant, defendant in the court below, was acquitted of the charge contained against him in the first count of the indictment. That count charged that he "did distill, make, or manufacture alcoholic, spirituous, or malted liquors, a part of which was alcohol." The jury found him guilty under the second count of the indictment, and this count charged, in proper form and substance, the unlawful possession of a still, etc., to be used for the purpose of manufacturing alcoholic, spirituous, or malted liquors, etc. Under the rule of evidence provided in section 2 of the act of the Legislature (Acts 1919, p. 1086), and construed and defined by the following decisions, the court erred in refusing the general affirmative charge requested in writing by defendant as to the second count of the indictment: Wilson v. State, 20 Ala. App. 62, 100 So. 914; Ex parte State, etc., 211 Ala. 574, 100 So. 917; Hemphill v. State, 20 Ala. App. 154, 101 So. 159; Hill v. State, 20 Ala. App. 158, 101 So. 159; Dabbs v. State, 20 Ala. App. 167, 101 So. 220; Watkins v. State (Ala. App.) 101 So. 334;[1] Leith v. State (Ala. App.) 101 So. 336;[2] Miller v. State (Ala. App.) 101 So. 510;[3] Scott v. State (Ala. App.) 102 So. 152.[4] As what has been said is conclusive of this appeal, other questions presented need not be considered. Reversed and remanded.

---

(106 So. 915)

James CAVER v. STATE. (3 Div. 501.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge.

BRICKEN, P. J. The first count of the indictment was nol. prossed. The second count, upon which appellant was put to trial in the court below, charged the unlawful possession of a still, to be used for the purpose of manufacturing or distilling prohibited liquors. He was convicted as charged in the second count and appealed. This appeal is upon the record proper. There is no bill of exceptions. The record has been examined and is regular in all things. No error appearing, let the judgment appealed from stand affirmed. Affirmed.

---

(109 So. 924)

J. F. CHAMBERS et al. v. MADISON COUNTY FAIR ASSOCIATION. (8 Div. 467.) (Court of Appeals of Alabama. June 29, 1926.) Appeal from Circuit Court, Madison County; J. E. Horton, Judge. Lanier & Pride, of Huntsville, for appellants. E. D. Johnston, of Huntsville, for appellee.

BRICKEN, P. J. Appeal dismissed by consent of parties.

---

[1] 20 Ala. App. 246.
[2] 20 Ala. App. 251.
[3] 20 Ala. App. 279.
[4] 20 Ala. App. 360.